DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES DEFRAIL BURNS,**
Petitioner,

v.

**KEN MASCARA,** Sheriff St. Lucie County, Florida,
Respondent.

No. 4D22-3346

[February 8, 2023]

Petition for writ of habeas corpus to the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 562022CF002017.

James Defrail Burns, Ft. Pierce, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for respondent.

PER CURIAM.

We grant the petition for writ of habeas corpus and remand for the trial court to make the factual findings required for continued pretrial detention or to set bond.

Charged with possession of cocaine, petitioner was held without bond after violating the conditions of pretrial release by failing to report for a drug test. Petitioner twice moved to set bond and the trial court denied both motions. At the second hearing, the trial court commented that it did not find petitioner's testimony "to be the least bit credible." At no time, did the State file a motion for pretrial detention.

A violation of pretrial release conditions alone cannot supply a basis for pretrial detention without a finding that "no conditions of release can reasonably protect the community from risk of physical harm to persons, assure the presence of the accused at trial, or assure the integrity of the judicial process." *Blair v. State*, 15 So. 3d 758, 760 (Fla. 4th DCA 2009), *approved*, 39 So. 3d 1190 (Fla. 2010).

In *Blair*, we explained that "[a] pretrial detention order must contain findings of fact and conclusions of law showing that the constitutional and statutory criteria for pretrial detention are met." *Id.* at 759 (citing Fla. R. Crim. P. 3.132(c)(2); § 907.041(4)(i), Fla. Stat. (2008)); *see also* Fla. R. Crim. P. 3.131(g) & (h).

Here, in its order, the trial court merely found that Burns' testimony was not credible. The trial court did not make any further findings as required by *Blair*.

*Petition granted.*

WARNER, GROSS and KUNTZ, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***